IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS PAUL WYNN,

    Plaintiff,                    No. CIV S-10-0546 EFB P

    vs.

MATTHEW CATE, et al.,           ORDER

    Defendants.

                            /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        On October 19, 2010, the court dismissed claims against defendants Smith, Leatherman, Merritt, Cooper, Lackner, Palubicki, Grannis, Martel, Wilson, Thompson, Kaplan, Barroga, Cate, and Tilton with leave to amend within 30 days. Plaintiff has not filed amended claims against these defendants.

////

////

////

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED that defendants Smith, Leatherman, Merritt, Cooper, Lackner, Palubicki, Grannis, Martel, Wilson, Thompson, Kaplan, Barroga, Cate, and Tilton are dismissed from this action. |

DATED: February 1, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE