IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS PAUL WYNN,

    Plaintiff,                      No. 2:10-cv-0546 MCE EFB P

    vs.

MATTHEW CATE, et al.,

    Defendants.               <u>ORDER</u>

                            /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 25, 2013, plaintiff filed a pretrial statement. Dckt. No. 49. On February 4, 2013, the court deemed it timely filed. Dckt. No. 50. On February 11, 2013, plaintiff filed a second pretrial statement.

      Plaintiff's second pretrial statement significantly differs from plaintiff's first pretrial statement. Dckt. No. 51. In preparing the final pretrial order, the court will not compare and extract information from both statements. Although the second pretrial statement was not timely filed, the court is not interested in drafting a final pretrial order using an earlier version of the pretrial statement upon which plaintiff no longer wishes to rely.

////

////

1

Therefore, within fourteen days from the date of this order, plaintiff shall inform the court whether he wishes to rely on the January 25, 2013 pretrial statement, or the February 11, 2013 pretrial statement. Failure to comply may result in a recommendation that this action be dismissed for failure to prosecute.

So ordered.

DATED: February 28, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE